FILED

NOT FOR PUBLICATION

DEC 17 2015

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **ABC SAND AND ROCK COMPANY INCORPORATED,**<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**COUNTY OF MARICOPA; MARICOPA COUNTY FLOOD CONTROL DISTRICT; TIMOTHY PHILLIPS; JANE DOE PHILLIPS; JACK GUZMAN; JANE DOE GUZMAN; MIKE JONES; JANE DOE JONES; ED RALEIGH; JANE DOE RALEIGH; DEWAYNE JUSTICE; JANE DOE JUSTICE; MELVIN MARTIN; JANE DOE MARTIN; HEMANT PATEL; JANE DOE PATEL; SCOTT WARD; JANE DOE WARD; WYLIE BEARUP; JANE DOE BEARUP; UNKNOWN PARTIES, John Doe County Employees I-X, Jane Doe County Employees I-X, John Does I-X, and Jane Does I-X,**<br><br>Defendants - Appellees. | No. 13-17542<br><br>D.C. No. 2:13-cv-00058-NVW<br><br>**MEMORANDUM**<sup>*</sup> |

---

      <sup>*</sup> This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Argued and Submitted December 9, 2015
San Francisco, California

Before:     **KOZINSKI**, **BYBEE** and **CHRISTEN**, Circuit Judges.

The motions to take judicial notice are **GRANTED**.

**AFFIRMED** with regard to the federal claims for the reasons stated by the district court.  The state law claims are **REMANDED** to the district court with instructions to remand to the state court for further proceedings.